# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MICHAEL GINN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| TANVIR FARID A.K.A. TANVIR ISLAM, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## DECLARATION OF MICHAEL GINN

1. My name is Michael Ginn. I am over the age of twenty-one years, am of sound mind and am otherwise competent to testify. The facts contained in this Declaration are, unless otherwise indicated, based upon my personal knowledge, and if called as a witness, I could and would testify to these facts, each of which is true and correct.

2. I am making this Declaration in support of my Emergency Application for Recognition and Enforcement of a Foreign Order in this action (the "Emergency Application").

3. I am a citizen of the State of Texas and reside in the Eastern District of Texas. I am married and have one child.

4. I am an employee of Randstad North America LP, and currently assigned to Cisco Systems, Inc. ("Cisco") as a Senior Sales Recruiter. Cisco is in the Information Technology industry. My job responsibilities include recruiting, interviewing, and/or assessing candidates for employment positions available at Cisco.

5. There currently are numerous defamatory and malevolent statements on the Internet that are the basis for a lawsuit that I and other plaintiffs filed in Canada on or about November 29, 2017 (the "Defamatory Content"). That lawsuit, for defamation and copyright infringement, was

filed in the Ontario Superior Court of Justice (the "Canadian Court") and is styled Court File No. CV-17-587516 in the Ontario Superior Court of Justice **Between**: Tracy Clancy, Brent Schreckengost, Monica Plata, Fahrin Jaffer, Jamal Raza, Jacques Conand, Mosfiqur (Mo) Rahman, Mira McDaniel, Talie Dang-Lu, Nicole Ceranna, Philip Cooksey, Marianna Gurovich, Daniel Christopher Koloski, Alvie Bert Kraatz Iii, Michael Montgomery, Nicole Palmer, Mary Celeste (Mc) Didone, David Lynn, Surya Panditi, Laura Leigh Schneider, Mari Sullivan, Meera Ganesh, Michael Remza, Javed Khan, Marjory Remy, Cassandra Long, Kirsten Hill, Ruba Borno, Paula Cao, Bobby Nanda, Ruchi Echevarria, Michael Ginn, Felicia Glace, Robyn Matos/Holland, Angela Barnes Coolidge, Colin Kincaid, Maciej Kranz, Marc Aldrich, Karthik Subramanian, Heather Vickers, Stacie Torello Wilk, Mary Catherine Hudson, Chad Alan Trout, Kathleen Noonan, Shauna Daly, Kevan Blanco, Miriam Drummond, Cheyenne Deverna, Christine Feng, Dan Grossman, Plaintiffs - **and** - Tanvir Farid a.k.a. Tanvir Islam (the "Canadian Lawsuit").

6. A true and correct file-marked copy of the Statement of Claim, or complaint, in the Canadian Lawsuit (without exhibits) is attached to this Declaration as Exhibit A.

7. The Defendant in the Canadian Lawsuit is Tanvir Farid a.k.a. Tanvir Islam ("Farid"), an individual ordinarily residing in Toronto, Ontario, Canada. Farid is the Defendant in this action.

8. The Defamatory Content has been posted on numerous Internet websites (the "Defamatory Postings"). Attached hereto and marked as Exhibit B are printouts of examples of the Defamatory Postings about me, and they can currently be found at the following URLs:

> https://gossip.thedirty.com/gossip/dallas/michael-ginn-moonlights-as-a-male-escort/#post-2134058 (Ex. B-1)
>
> http://www.reportmyex.com/michael-ginn-of-cisco-in-dallas-texas/ (Ex. B-2)

DECLARATION OF MICHAEL GINN – PAGE 2

| http://www.cheatersaurus.com/michael-ginn-of-cisco-works-as-a-gay-male-escort-dallas-texas-is-a-cheatersaurus/ (Ex. B-3) |
| --- |
| http://www.predatorswatch.com/texas/michael-ginn-of-cisco-systems/ (Ex. B-4) |
| https://encyclopediadramatica.is/cheating-drama/michael-ginn-of-cisco-in-dallas-texas/ (Ex. B-5) |
| http://theygotbusted.com/michael-ginn-of-cisco-in-dallas-texas-got-busted/ (Ex. B-6) |
| https://www.blogger.com/profile/00060823613430702448 (Ex. B-7) |
| https://www.blogger.com/profile/11223280705545812653 (Ex. B-8) |
| http://cheatingcomplaints.com/michael-ginn-of-cisco-in-dallas-texas/ (Ex. B-9) |
| http://cheatingcomplaints.com/michael-ginn-of-cisco-works-as-a-gay-male-escort-dallas-texas/ (Ex. B-10) |
| http://cheaters.exposed/michael-ginn-of-cisco-in-dallas-texas-is-on-cheaters-exposed/(Ex. B-11) |
| http://cheaters.exposed/?s=michael+ginn (Ex. B-12) |
| http://www.exposingcheaters.com/blog/view/6157/michael-ginn-of-cisco-in-dallas-texas (Ex. B-13) |
| http://homewreckers.net/michael-ginn-of-cisco-in-dallas-texas/ (Ex. B-14) |
| http://caughthimcheating.com/tag/michael-ginn-of-cisco-systems-caught/ (Ex. B-15) |

9.     The Defamatory Content about me is defamatory, degrading, offensive, demeaning, hurtful, embarrassing, and extremely harmful to my personal and professional reputations, including, but not limited to, the following words:

- Michael Ginn of Cisco works as a gay male escort Dallas Texas is a cheatersaurus because: Michael Ginn of Cisco Systems in Dallas Texas is a man whore but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!! (Ex. B-3).

- Michael Ginn of Cisco Systems - Status Active Predator (Ex. B-4).

- Michael Ginn of Cisco in Dallas Texas has an entry in Encyclopedia Dramatika under the Relationship Drama Category. The reason: Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!! (Ex. B-13).

- Texas resident Michael Ginn of Cisco Systems was caught lying, cheating or stealing by a caughthimcheating.com anonymous reporter. Michael Ginn of Cisco Systems is presumed to be innocent of these allegations but our website readers are encouraged to do their own research, be cautious, and reach their own conclusions when dealing with Michael Ginn of Cisco Systems. The information contained in the report is as follows: Name on caughthimcheating.com report: Michael Ginn of Cisco Systems. (Ex. B-15).

10.     The defamatory meanings attributed to these statements are untrue. For example, I have not worked as a male prostitute or escort; I have not engaged in sexual acts for money; I have not committed adultery; I am not an online or sexual predator. Indeed, the only true facts in the Defamatory Content about me are that I work at Cisco and reside in Texas.

11.     When my name is searched on online search engines, the Defamatory Postings about me intermittently have appeared in the search results, often in the top ten results. Attached hereto and marked as Exhibit C is a true and correct copy of a print-out of the first page search results on www.google.com, when my name and "Cisco" are searched. The search results shown in Exhibit C are from a Google search performed on March 21, 2018.

12.     I have been advised by my wife that she has viewed and/or read some or all of the Defamatory Postings about me.

13.     The Defamatory Postings about me have maliciously and intentionally defamed me, and they have caused, and continue to cause, significant irreparable harm to my personal and

professional reputations from which I may never recover. These Defamatory Postings have harmed my reputation, primarily in the Eastern District of Texas, where I reside.

14.    For example, as a recruiter, potential candidates would "google" my name and discover these Defamatory Postings, which may impact the decision of potential candidates to apply for positions for which I am recruiting. Moreover, as a married, devout Christian man and father, the false statements about my being a male prostitute are particularly harmful and embarrassing to me and my family. The Defamatory Postings will continue to harm my reputation until they are removed from the Internet.

15.    On March 5, 2018, the Canadian Court issued a "final and binding" order. The order was entered by the Canadian Court on March 6, 2018, and it (1) declares that the Defamatory Content is defamatory, and (2) grants Plaintiffs, including myself, the right to request that the Defamatory Content and Defamatory Postings be removed from the Internet (the "Final And Binding Order"). A true and correct copy of the Final And Binding Order is attached to the Emergency Application as Exhibit 2.

16.    The Defamatory Content and Defamatory Postings about me are included in Schedule "A" attached to the Final and Binding Order, and can be found on pages 100–103 of the Final and Binding Order. (*See* Emergency Application Ex. 2 at 100–103).

17.    As I make this declaration, the majority of these Defamatory Postings are still available at their respective URLs.

18.    For example, the Internet webpage at the following URL falsely states that I am an "Active [Online Sex] Predator" in Texas: https://www.predatorswatch.com/texas/michael-ginn-of-cisco-systems/ .

19.     The Defamatory Postings have caused damages to me that exceed $75,000, exclusive of interest and costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23 , 2018.

_____
Michael Ginn

20282966

<u>DECLARATION OF MICHAEL GINN</u> – PAGE 6

# EXHIBIT A

Court File No. CV-17-58 7516

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE

BETWEEN:

**TRACY CLANCY, BRENT SCHRECKENGOST, MONICA PLATA, FAHRIN JAFFER, JAMAL RAZA, JACQUES CONAND, MOSFIQUR (MO) RAHMAN, MIRA MCDANIEL, TALIE DANG-LU, NICOLE CERANNA, PHILIP COOKSEY, MARIANNA GUROVICH, DANIEL CHRISTOPHER KOLOSKI, ALVIE BERT KRAATZ III, MICHAEL MONTGOMERY, NICOLE PALMER, MARY CELESTE (MC) DIDONE, DAVID LYNN, SURYA PANDITI, LAURA LEIGH SCHNEIDER, MARI SULLIVAN, MEERA GANESH, MICHAEL REMZA, JAVED KHAN, MARJORY REMY, CASSANDRA LONG, KIRSTEN HILL, RUBA BORNO, PAULA CAO, BOBBY NANDA, RUCHI ECHEVARRIA, MICHAEL GINN, FELICIA GLACE, ROBYN MATOS HOLLAND, ANGELA BARNES COOLIDGE, COLIN KINCAID, MACIEJ KRANZ, MARC ALDRICH, KARTHIK SUBRAMANIAN, HEATHER VICKERS, STACIE TORELLO WILK, MARY CATHERINE HUDSON, CHAD ALAN TROUT, KATHLEEN NOONAN, SHAUNA DALY, KEVAN BLANCO, MIRIAM DRUMMOND, CHEYENNE DEVERNA, CHRISTINE FENG, DAN GROSSMAN**

Plaintiffs

- and -

### TANVIR FARID a.k.a. TANVIR ISLAM

Defendant

### STATEMENT OF CLAIM

TO THE DEFENDANTS:

A LEGAL PROCEEDING HAS BEEN COMMENCED AGAINST YOU by the plaintiff. The claim made against you is set out in the following pages.

IF YOU WISH TO DEFEND THIS PROCEEDING, you or an Ontario lawyer acting for you must prepare a statement of defence in Form 18A prescribed by the Rules of Civil Procedure, serve it on the plaintiffs' lawyer or, where the plaintiffs do not have a lawyer, serve it on the plaintiff, and file it, with proof of service, in this court office, WITHIN TWENTY DAYS after this statement of claim is served on you, if you are served in Ontario.

If you are served in another province or territory of Canada or in the United States of America, the period for serving and filing your statement of defence is forty days. If you are served outside Canada and the United States of America, the period is sixty days.

1

EXHIBIT A

Instead of serving and filing a statement of defence, you may serve and file a notice of intent to defend in Form 18B prescribed by the Rules of Civil Procedure.  This will entitle you to ten more days within which to serve and file your statement of defence.

IF YOU FAIL TO DEFEND THIS PROCEEDING, JUDGMENT MAY BE GIVEN AGAINST YOU IN YOUR ABSENCE AND WITHOUT FURTHER NOTICE TO YOU. IF YOU WISH TO DEFEND THIS PROCEEDING BUT ARE UNABLE TO PAY LEGAL FEES, LEGAL AID MAY BE AVAILABLE TO YOU BY CONTACTING A LOCAL LEGAL AID OFFICE.

IF YOU PAY THE PLAINTIFFS' CLAIM, and $10,000.00 for costs, within the time for serving and filing your statement of defence, you may move to have this proceeding dismissed by the court.  If you believe the amount claimed for costs is excessive, you may pay the plaintiff's claim and $400.00 for costs and have the costs assessed by the court.

TAKE NOTICE: THIS ACTION WILL AUTOMATICALLY BE DISMISSED if it has not been set down for trial or terminated by any means within five years after the action was commenced unless otherwise ordered by the court.

NOV 3 0 2017

ISSUE Date

Issued by _____

Local registrar

Address of    70 Wellington St.
court office   Brantford, Ontario
              N3T 2L9

SUPERIOR COURT
OF JUSTICE
393 UNIVERSITY AVE.
10TH FLOOR
TORONTO, ONTARIO
M5G 1E6

COUR SUPÉRIEURE
DE JUSTICE
393 AVE. UNIVERSITY
10E ÉTAGE
TORONTO, ONTARIO
M5G 1E6

TO:     **TANVIR FARID a.k.a. TANVIR ISLAM**
        320 Dixon Road, Apt. 2106
        Toronto, ON,  M9R 1S8

2

## CLAIM

1.      The Plaintiffs claim, jointly and severally:

   (a)      an interlocutory, interim, permanent and mandatory order causing the Defendant to immediately remove, or cause to be removed, from the Internet any and all of the Defamatory Content and Defamatory Postings (as defined herein);

   (b)      an interlocutory, interim and permanent injunction restraining the Defendant and/or his agents, directly or indirectly, from publishing the Defamatory Content, any expression to the same effect, and any words, statements and expressions that are defamatory of the Plaintiffs;

   (c)      an interlocutory, interim, permeant and mandatory order requiring the Defendant to permanently remove the Defamatory Content from any electronic databases controlled by him, wherever they are accessible;

   (d)      an interlocutory, interim, permanent and mandatory order requiring the Defendant to assign and grant in writing to the Plaintiffs all rights, title and/or interest he owns in the copyright of the Defamatory Content and the Defamatory Postings, so that the Plaintiffs may, at their sole discretion, take any legal proceedings they consider necessary to restrain the continued republication of the Defamatory Content and Defamatory Postings by third parties on the Internet or elsewhere;

   (e)      an interlocutory, interim, permanent and mandatory order requiring the Defendant to assist the Plaintiffs in obtaining the removal of electronic copies of the Defamatory Content and the Defamatory Postings:

   i.      from Internet search engine caches;

   ii.      from any other electronic databases and servers where they are accessible; and

- 3 -

iii.    from other Internet websites operated by third parties, whether or not those third parties were originally expressly or impliedly authorized by the Defendant to republish the aforesaid Defamatory Content;

(f)    a mandatory order requiring the Defendant to publish a full and complete apology and retraction of the Defamatory Content and the Defamatory Postings;

(g)    general damages in the total sum of $5,000,000.00;

(h)    special damages in the total sum $1,000,000.00;

(i)    exemplary and/or punitive damages in the sum of $500,000;

(j)    aggravated damages in the sum of $100,000;

(k)    pre-judgment and post-judgment interest on all amounts awarded to the Plaintiffs in accordance with the *Courts of Justice Act*, R.S.O. 1990, c. C.43, as amended;

(l)    costs of this action on a substantial indemnity basis; and

(m)    such further and other relief as counsel may advise and this Honourable Court deems just.

2.    The Plaintiffs are individuals ordinarily resident in various locations in Canada, the Unites States and Ireland. The particulars of each Plaintiff's place of residence are stated at Appendix "A" to this Statement of Claim.

3.    The Defendant is an individual ordinarily resident in Toronto, Ontario.

**Defamation**

4.    From in or around 2012 to date, the Defendant, and/or someone acting on his behalf and/or with his knowledge, consent and/or direction, published, republished, created and/or authored statements that were defamatory of the Plaintiffs (hereinafter, the

- 4 -

"Defamatory Content") on numerous websites (hereinafter, the "Defamatory Postings"), as particularized at Appendix "A" to this Statement of Claim.

5. The Defamatory Content was of and concerning the Plaintiffs.

6. The Defamatory Content was defamatory in its natural and ordinary meaning.

7. Further and in the alternative, the Defamatory Content was defamatory in its natural and ordinary meaning and/or by innuendo, in that it was meant and/or understood to mean one or more of the defamatory meanings particularized in Appendix A herein.

8. All of the aforementioned meanings are false and defamatory.

9. The Defamatory Content exposed the Plaintiffs to contempt, ridicule and hatred and was deliberately calculated to lower the Plaintiffs' reputations.

10. The Defendant published the Defamatory Content together with Photographs of the Plaintiffs, which the Defendant unlawfully copied from the Internet (as particularized at paragraphs 19 to 21 below), thereby further harming the Plaintiffs' reputations.

11. The Defamatory Content was published and/or republished on the Internet to persons other than the Plaintiffs, being Internet users who viewed, accessed and/or downloaded the Defamatory Content.

12. At all material times, when the Plaintiffs' names were searched on online search engines, the Defamatory Content was republished in the top search results, causing additional injury and harm to the Plaintiffs' reputations.

13. The Defendant published and republished the Defamatory Content anonymously.

14. In or around November 2017, the Plaintiffs discovered that the Defendant is the person who published and/or republished the Defamatory Content. Prior to that time, the Plaintiffs did not know the identity of the Defendant due to the Defendant's deliberate concealment of his identify.

15.     The Defendant published and/or republished the Defamatory Content for the malicious purpose of defaming the Plaintiffs, causing them significant damages and irreparable harm.

16.     Notwithstanding the removal of the Defamatory Content from some of the aforementioned URLs at the Plaintiffs' considerable expense, the Defamatory Content has caused and continues to cause the Plaintiffs significant damages and irreparable harm, as more particularly described below.

17.     Whenever any Defamatory Postings were removed from the Internet, the Defendant deliberately created, authored, registered, published and/or republished the Defamatory Content on new websites, for the express and malicious purpose of causing further damages and irreparable harm to the Plaintiffs.

18.     As of the date of the issuance of the Statement of Claim, the Defendant continues to deliberately publish and republish the Defamatory Content and the Defamatory Postings on the Internet.

**Copyright Infringement**

19.     From in or around 2012 to date, the Defendant and/or someone acting on his behalf, and/or at his direction, and/or with his knowledge and/or consent, posted, published, republished, distributed and/or caused to be distributed photographs of the Plaintiffs on the URLs listed in Appendix A herein (the "Photographs").

20.     At all material times, the Plaintiffs, or some of them, were the owners, assigns or holders of the copyright in the Photographs.

21.     The Defendant has intentionally and maliciously copied, distributed, produced and/or reproduced the Photographs without the express consent of the Plaintiffs. By so doing, the Defendant has infringed on the Plaintiffs' copyright in the Photographs.

22.     The Defendant has infringed on the Plaintiffs' copyright in the Photographs for the intentional and malicious purpose of causing injury and harm to the Plaintiffs and their reputations.

- 6 -

**Damages and Injunctive Relief**

23.   The Defendant's herein pleaded unlawful conduct has severely damaged the Plaintiffs' reputations, and has caused and will continue to cause the Plaintiffs general damages, the particulars of which will be provided prior to trial.

24.   The Defendant's herein unlawful conduct has caused the Plaintiffs significant mental distress and anguish, giving rise to general and/or aggravated damages, the particulars of which will be provided prior to trial.

25.   The Defendant's herein unlawful actions and his deliberate attempts to conceal his identity have caused and will continue to cause the Plaintiffs to incur special damages, the particulars of which include, but are not limited to:

(a)   the costs of engaging the services of forensic computer analysts and private investigators to uncover the identity of the Defendant;

(b)   the costs of obtaining foreign court orders and engaging foreign counsel; and

(c)   the costs of online removal services and search engine optimization services.

26.   In publishing and/or republishing the Defamatory Content, the Defendant has acted in a reprehensible, insulting, high-handed, spiteful, malicious and oppressive manner, giving rise to exemplary, aggravated and/or punitive damages, the particulars of which will be provided prior to trial.

27.   The Defendant's herein unlawful actions have caused and will continue to cause irreparable harm to the Plaintiffs' reputations.

28.   The Defendant will continue to publish and republish the Defamatory Content unless he is restricted from doing so by an order of this Honourable Court.

29.   The Defamatory Content will continue to be republished on the Internet by third-parties unless they are restricted from doing so by an order of this Honourable Court and/or if the Defendant expressly withdraws his consent to its republication.

30.    The Plaintiffs plead and rely upon the *Copyright Act,* R.S.C. 1985, c. C-42, as amended.

November 29, 2017                          **ZEMEL VAN KAMPEN LLP**
                                           401 Bay St. Suite 1600
                                           Toronto, ON, M5H 2Y4

                                           Maanit Zemel LSUC#: 51603U
                                           Tel: 416.646.1946
                                           Cell: 416.937.9321
                                           Fax: 647.795.2645
                                           Email: maanit@canadatechlaw.com

                                           Lawyers for the Plaintiffs

.

# EXHIBIT B



MUSIC ON **MARCO CAROLA** **NIC FANCIULLI** ST⍉RY SATURDAY MARCH 24

# Michael Ginn Moonlights As A Male Escort



⊘ Sep 22nd, 2016 – 8:01 AM          ⚑ Report          ➤ Share

          🔗 https://gossip.thedirty.com/?p=2134058

**THE DIRTY ARMY:** Nik, Michael Ginn in Dallas Texas is a man whore but one who sells himself out to hordes of men looking for some Greg! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. When confronted about this, he denies suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

| ♥ | 📍 Dallas | 💬 Comments |

## From The Web

Ads by Revcontent



**2017 Mazda CX-5 Gallery & Images!**
J.D. Power Cars



**New 'Skinny Pill' Sweeping the Nation?**
Phen375



**Not Photoshop! Just The Most Unbelievable Airplanes Ever Created.**
Knowledgefish



**25 Photos Donald Trump Wishes Didn't Exist!**
PollHype

👍 **You May Like**          Sponsored Links by Taboola ▷

  



**Check Out The Classy Senior Living Facilities Near Chicago**

Senior Living | Sponsored Links



**It's Like eBay, But Everything Sells in 90 Seconds.**

Tophatter



**Plastic Surgeon Says: "You Really Can Fill In Wrinkles At Home" (Here's How)**

Beverly Hills MD



**Wife Passes Away Hours After Giving Birth. Then Husband's Instinct Tells...**

IcePop

**New Rule In Illinois Leaves Drivers Fuming**

US Insurance



**Farmer Finds 2 Ton Mystery on His Property**

Parentz Talk

📰 **Homewreckers**          ✎ SPONSORED



Lilly Lugo — San Juan, Puerto Rico

International



Ellen Westburg — Lumberton, New Jersey

New Jersey



Lindy Howe — Coopersville, Michigan

Michigan



Kyla Cunningham — Des Moines, Iowa

Iowa



💬 **Comments**

## Leave A Comment

Your email address will not be published.

Husband's Instinct Tells...        55 Middletes                    Parents Kids

IcePop

## 📖 Homewreckers                                              ✎ SPONSORED



Lilly Lugo — San Juan,        Ellen Westburg —        Lindy Howe —            Kyla Cunningham — Des
Puerto Rico                   Lumberton, New Jersey   Coopersville, Michigan  Moines, Iowa

International                   New Jersey              Michigan              Iowa



SATURDAY MARCH 24
METRO BOOMIN
LIGHT
NIGHTCLUB



💬 Comments

## Leave A Comment
Your email address will not be published.

> Superhero Name

> Email

> Comments

Post

## More Dallas Posts                                          View All



GET REVENGE! POST OR FIND A CHEATER IN YOUR AREA.

| CHEATERS | ABOUT | FAQ'S | LEGAL STUFF | PRIVACY POLICY | REMOVALS | REPORT MY EX HERE! |

Home » Cheaters » Michael Ginn of Cisco in Dallas Texas

## Findchips Pro
Filter Budgetary Pricing from the Suppliers You Care About.
Start a Free Trial. findchips.com


## Michael Ginn of Cisco in Dallas Texas

Posted by ..... ..... on Sep 21, 2016 in Cheaters | 0 comments



Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

This post has been viewed 2,725 times

## Facebook® Official Site
See the latest from friends on Facebook! facebook.com


## Leave a Comment

Your email address will not be published. Required fields are marked *

Comment



Click Here To Report My Ex



REMOVE YOUR NAME

find your name

REMOVE NOW



RemoveNames.com
We make things DISAPPEAR

from : DatingPsychos - Bad Boy Report
Liars CheatersRUS - ReportMyEx
The Dirty - AND MORE!

Remove Me Now



REMOVE NEGATIVE POSTS

Ginn works a crappy day job as a recruiter for Cisco Systems.

there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

This post has been viewed 2,725 times

Facebook® Official Site

See the latest from friends on Facebook! facebook.com

## Leave a Comment

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Submit

Select an image for your comment (GIF, PNG, JPG, JPEG):

Choose File   No file chosen

REMOVE NOW

RemoveNames.com
We make things DISAPPEAR

from : DatingPsychos - Bad Boy Report
Liars CheatersRUS - ReportMyEx
The Dirty - AND MORE !

Remove Me Now

REMOVE NEGATIVE POSTS

CALL.866.601.6803
NetReputation.com
EXPERT REPUTATION MANAGEMENT

### MORE CHEATER WEBSITES

Online Directory of Cheaters

You Hate HomeWreckers and SO DO WE!

BLACK LIST REPORT – ARE YOU On It?

Protect Yourself Online | Predators Online Watch

Players Beware- Playerblock.com

Report Liars and Cheaters

IhateCheaters.com – So do we!

Report the truth before it's too late!

Report thieves and Scammers here

Reviews and Consumer Complaints

Exposing Bad Clients In The Escort Community

Copyright © 2010-2018, ReportMyEx. All rights reserved.

CHEATERS    ABOUT    FAQ'S    LEGAL STUFF    PRIVACY POLICY    REMOVALS    REPORT MY EX HERE!

# CHEATERSAURUS

Cheaters – The Non Bitter Dinosaurs

Report a Cheater-sau-rus

MARCH 3, 2017 BY

## Michael Ginn of Cisco works as a gay male escort Dallas Texas is a cheatersaurus

Michael Ginn of Cisco works as a gay male escort Dallas Texas is a cheatersaurus because: Michael Ginn of Cisco Systems in Dallas Texas is a man whore but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

Share this:

  

### Related

Michael Remza of Cisco moonlights as a gay male escort in Raleigh North Carolina is a cheatersaurus
July 8, 2017
In "Cheaters"

Marc Aldrich of Cisco expenses escorts on the company account in Boston MA is a cheatersaurus
June 25, 2017
In "Cheaters"

Maciej Kranz of Cisco picks hookers over his kids in San Francisco Bay Area California CA is a cheatersaurus
August 2, 2017
In "Cheaters"

▭ CHEATERS, TEXAS

\# MICHAEL GINN OF CISCO WORKS AS A GAY MALE ESCORT DALLAS TEXAS

---

Search …  🔍

CATEGORIES

Alabama

California

Cheaters

Cheaters and Homewreckers

Colorado

Florida

Indiana

Kentucky

Michigan

Minnesota

New Hampshire

New York

Ohio

Pennsylvania

Tennessee

Texas

Uncategorized

Virginia

REPORT CHEATERS-A-U-RUS

Report a Cheater-sau-rus

Document title: Michael Ginn of Cisco works as a gay male escort Dallas Texas is a cheatersaurus | Cheatersaurus
Capture URL: http://www.cheatersaurus.com/michael-ginn-of-cisco-works-as-a-gay-male-escort-dallas-texas-is-a-cheatersaurus/
Capture timestamp (UTC): Tue, 20 Mar 2018 20:11:50 GMT

EXHIBIT B-3

Page 1 of 3

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email ***

**Website**

**Please enter an answer in digits:**

**16 − six =**

**Post Comment**

■ Notify me of follow-up comments by email.

■ Notify me of new posts by email.

**PREVIOUS**

← **Laura Parsley (Allard) of Greeley, Colorado is a cheatersaurus**

**NEXT**

**Brian Allendorfer of North Barrington, Illinois is a cheatersaurus** →

Document title: Michael Ginn of Cisco works as a gay male escort Dallas Texas is a cheatersaurus | Cheatersaurus
Capture URL: http://www.cheatersaurus.com/michael-ginn-of-cisco-works-as-a-gay-male-escort-dallas-texas-is-a-cheatersaurus/
Capture timestamp (UTC): Tue, 20 Mar 2018 20:11:50 GMT                                                    Page 2 of 3

**Name ***

**Email ***

**Website**

**Please enter an answer in digits:**

**16 − six =**

**Post Comment**

■ Notify me of follow-up comments by email.

■ Notify me of new posts by email.

PREVIOUS
← **Laura Parsley (Allard) of Greeley, Colorado is a cheatersaurus**

NEXT
**Brian Allendorfer of North Barrington, Illinois is a cheatersaurus** →

Copyright 2016-2017 Cheaters-A-U-Rus.com. All Rights Reserved.

Proudly powered by WordPress





PREDATORS WATCH

HOME BROWSE ABOUT FAQ CONTACT SIGN UP NOW LOG IN

Enter name or location

- Alabama
- Alaska
- Arizona
- Arkansas
- California
- Canada
- Colorado
- Connecticut
- Delaware
- District of Columbia
- Florida
- Georgia
- Hawaii
- Idaho
- Illinois
- Indiana
- Iowa
- Kansas
- Kentucky
- Louisiana
- Maine
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Mississippi
- Missouri
- Montana
- Nebraska
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina

OFFENDERS

Search a city for potential predators

**SUBMIT AN OFFENDER**
Don't Worry, It's Anonymous

# Michael Ginn of Cisco Systems

SEP
14
2016

**Phone number:**

**Location:** Dallas

**Email:** miginn@cisco.com

**Status**
Active Predator

DELETE THIS PROFILE NOW

In: Texas By: Anonymous [ ★ ]

## Convicted Sex Offenders

No Comments yet, be the first to Comment! Answer this Comment Now

## Answer this Comment

You must be Logged In to post an Answer.

Not a member yet? Sign Up Now »

## Sign Up

Get all of your predator reports now!

Sign Up Now

## Member Log In

Log In Now »

Recent Posts
Michael Lynn Keeling (DOB:11/9/1956) Convicted Felon/Pedophile
Michael Lynn Keeling (DOB:11/9/1956) Convicted Felon/Pedophile
Thomas R. Davis
NIKI PEA Asian Escort info@missnikipea.com Australia
Jocelyne Leygnac – Chambery – Vieille Conne Raciste

Recent Comments
Sunshine on Angie Bogaards, Ingleside, Texas
renhom on Andre Jae Canepa, San Jose, California
renhom on Andre Jae Canepa, San Jose, California
Kaliboy32 on Taylor
Nova63 on leigh barazzone

Click the button below to remove this profile if you believe you were wrongfully accused.

DELETE PROFILE

- Nebraska
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Predators Man
- Rhode Island
- South Carolina
- South Dakota
- Tennessee
- Texas
- Unspecified
- Utah
- Vermont
- Virginia
- Washington
- West Virginia
- Wisconsin
- Wyoming

No Comments yet, be the first to Comment!          **Answer this Comment Now**

## Answer this Comment

You must be Logged In to post an Answer.

Not a member yet? Sign Up Now »

Click the button below to remove this profile if you believe you were wrongfully accused.

DELETE PROFILE

**FixBadReputation**
Remove Negative Reviews From:
thedirty
reportmyex
myex
& other cheater sites
fixbadreputation.com

**FixBadReputation**
Remove Negative Reviews From:
thedirty
reportmyex
myex
& other cheater sites
fixbadreputation.com

**Star Points Scale**

Earn points for Asking and Answering Questions!

| [ 1 - 25 ★ ] | ★ |
| [ 26 - 50 ★ ] | ★ |
| [ 51 - 500 ★ ] | ★ |
| [ 501 - 5000 ★ ] | ★ |
| [ 5001 - 25000 ★ ] | ★ |
| [ 25001+ ★ ] | ★ |

PREDATORS WATCH

Home     About     Rules     Removal     Sign Up Now     Log In

© 2018 PredatorsWatch.com

encyclopædia
dramatica
Encyclopedia Dramatica.is - Awesome, Awful..

Search

# Michael Ginn of Cisco in Dallas Texas

Michael Ginn of Cisco in Dallas Texas is a subject of a story of backstabbing, blackmailing, disharmony, and gossip.  This is how the story goes: Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

Related from encyclopediadramatica.is: Cheating Drama definition – the biggest of all bullshit consisting of backstabbing, blackmailing, disharmony, gossip, and malice.  Cheating is what happens when someone who is in a committed relationship and breaks the trust of his or her partner by getting physically or emotionally involved with another person and there is insertion of body parts accompanied by heavy breathing.

**Share this:**

  

---

**Related**

Michael Remza of Cisco moonlights as a gay male escort in Raleigh North Carolina
April 14, 2017
In "Cheating Drama"

Robyn Matos of Cisco in San Jose California
October 21, 2017
In "Cheating Drama"

Cheating Drama of Laura Schneider, Sacramento, California
July 23, 2017
In "Cheating Drama"

Author:  on April 12, 2017

Categories: Cheating Drama

Tags: Michael Ginn of Cisco in Dallas Texas

**Other posts**

Cheating Drama of Liz Ashdown , London United Kingdom «

» Jaime Ballard Ellis of NetApp pretends to be single on Tinder in Raleigh-Durham North Carolina

## Comments
So empty here ... leave a comment!

## Leave a Reply
Your email address will not be published. Required fields are marked *

Comment

encyclopædia
dramatica
Encyclopedia Dramatica.is - Awesome, Awful..

Name *

Email *

Website

Please enter an answer in digits:

**five × 3 =**

Post Comment

☐
Notify me of follow-up comments by email.

☐
Notify me of new posts by email.

**Last posts**

- Cheating Drama of Rachel Patrick McMorris, Billings, Montana
- Cheating Drama of Patricia Ann seel, Springfield, Ohio
- Cheating Drama of Liz Flammia, Bordentown, New Jersey
- Cheating Drama of Kelly S. Logg, Gallup, New Mexico
- Cheating Drama of Kok Long Hua, JB, International
- Cheating Drama of lisa jolly robinson, mansfield, Georgia
- Cheating Drama of Shelby lee McClintock, Santa rosa ca, California
- Cheating Drama of Tammy Lynn Deveau, Caribou, Maine
- Cheating Drama of Sara Ann Foster, Pompey, New York, New York
- Cheating Drama of Monica April Rodriguez, Santa Ana, International

Document title: Michael Ginn of Cisco in Dallas Texas |
Capture URL: https://encyclopediadramatica.is/cheating-drama/michael-ginn-of-cisco-in-dallas-texas/
Capture timestamp (UTC): Tue, 20 Mar 2018 20:14:30 GMT

**They Got Busted**

You're Busted!

## Bust Them Here!

Search ...

### RECENT POSTS

Louise Iippy white, Brighton, International

Jing Xia Tesoriero RN, 1634165 HIPAA Violator Saint Joseph Hospital Denver

Peter James Bromfield of Tempe, Arizona

Rachel Patrick McMorris, Billings, Montana

Michelle Lynn Nasalroad, Overland, Missouri

### RECENT COMMENTS

Katie- Marie on Darren Ambler: Pervert/Sex Addict: Cherry Hill NJ;

Biehl- Endicott Jr: on Darren Ambler: Pervert/Sex Addict: Cherry Hill NJ;

Josie Phillips on Darren Ambler: Pervert/Sex Addict: Cherry Hill NJ;

Carla on Darren Ambler- STD Carrier- Sex Addict- Cherry Hill NJ;

Drew on Kira Kellner, Pittsburgh, Pennsylvania

### CATEGORIES

Alabama

# Michael Ginn of Cisco in Dallas Texas got busted!

This is a theygotbusted.com report about Michael Ginn of Cisco in Dallas Texas, who has been accused of being a cheater!  Did Michael Ginn of Cisco in Dallas Texas get busted cheating?... read on!  Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

Share this:

  

Related

**Michael Remza of Cisco moonlights as a gay male escort in Raleigh North Carolina got busted!**
March 12, 2017
In "Busted Cheating"

**Marc Aldrich of Cisco expenses escorts on the company account in Boston MA got busted!**
January 31, 2017
In "Busted Cheating"

**Terry Jaremko Cisco Charlotte North Carolina got busted!**
April 6, 2017
In "Busted Cheating"

📅 March 21, 2017   👤 admin   📁 Busted Cheating   🏷 Michael Ginn of Cisco in Dallas Texas cheater

Leave a Reply

CATEGORIES

Alabama

Alberta

Arizona

Arkansas

Australia

Busted Cheating

California

Canada

Colorado

Connecticut

Delaware

District of Columbia

Female

Florida

Georgia

Germany

Hawaii

Idaho

Illinois

Indiana

International

Iowa

Kansas

Kentucky

Louisiana

Maine

Male

Maryland

Massachusetts

Michigan

Minnesota

## Leave a Reply

Your email address will not be published. Required fields are marked *

COMMENT

NAME *

EMAIL *

WEBSITE

PLEASE ENTER AN ANSWER IN DIGITS:

**fifteen + seventeen =**

POST COMMENT

☐ NOTIFY ME OF FOLLOW-UP COMMENTS BY EMAIL.

☐ NOTIFY ME OF NEW POSTS BY EMAIL.

Minnesota

Mississippi

Missouri

Montana

Nebraska

Nevada

New Hampshire

New Jersey

New Mexico

New York

North Carolina

North Dakota

Ohio

Oklahoma

Oregon

Pennsylvania

Rhode Island

Scotland

Select one

South Africa

South Carolina

South Dakota

Tennessee

Texas

United Kingdom

Utah

Vermont

Virginia

Washington

West Virginia

West Virginia; West Virginia; Texas;
Texas; Indiana; Maine; New
Hampshire; International; Arizona;
California

| |
|---|
| Montana |
| Nebraska |
| Nevada |
| New Hampshire |
| New Jersey |
| New Mexico |
| New York |
| North Carolina |
| North Dakota |
| Ohio |
| Oklahoma |
| Oregon |
| Pennsylvania |
| Rhode Island |
| Scotland |
| Select one |
| South Africa |
| South Carolina |
| South Dakota |
| Tennessee |
| Texas |
| United Kingdom |
| Utah |
| Vermont |
| Virginia |
| Washington |
| West Virginia |
| West Virginia; West Virginia; Texas; Texas; Indiana; Maine; New Hampshire; International; Arizona; California |
| Wisconsin |

Theme by o3magazine

Document title: Michael Ginn of Cisco in Dallas Texas got busted! – They Got Busted
Capture URL: http://theygotbusted.com/michael-ginn-of-cisco-in-dallas-texas-got-busted/
Capture timestamp (UTC): Tue, 20 Mar 2018 20:15:17 GMT                                Page 4 of 4

B **Blogger**   Sign in

## Michael Ginn Cisco Recruiter Reviews Complaints Staffing Recruitment



About me

On Blogger since
December 2015

Profile views - 57

**HELP**

Help Center
Help Forum
Video Tutorials

**COMMUNITY**

Blogger Buzz
+Blogger

**DEVELOPERS**

Blogger API
Developer Forum

Terms of Service · Privacy · Content Policy

Copyright © 1999 – 2018 Google



Document title: Blogger: User Profile: Michael Ginn Cisco Recruiter Reviews Complaints Staffing Recruitment
Capture URL: https://www.blogger.com/profile/00060823613430702448
Capture timestamp (UTC): Tue, 20 Mar 2018 20:17:34 GMT

EXHIBIT B-7

Page 1 of 1

# Michael Ginn Cisco Recruiter Watch Randstand



About me

On Blogger since
December 2015

Profile views - 89

**HELP**

Help Center
Help Forum
Video Tutorials

**COMMUNITY**

Blogger Buzz
+Blogger

**DEVELOPERS**

Blogger API
Developer Forum

Terms of Service · Privacy · Content Policy

Copyright © 1999 – 2018 Google



Cheating
Complaints

Home / Cheaters / Michael Ginn of Cisco in Dallas Texas

# Michael Ginn of Cisco in Dallas Texas

Posted on April 20, 2017 by Cheating Complaints

Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

Share this:

  

Related

**Michael Ginn of Cisco works as a gay male escort Dallas Texas**
Michael Ginn of Cisco Systems in Dallas Texas is a man whore but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He
February 16, 2017
In "Cheaters"

**Michael Remza of Cisco moonlights as a gay male escort in Raleigh North Carolina**
Michael Remza of Cisco Systems in Raleigh North Carolina leads a double life. During the day, he is a recruiter with tech company Cisco; during the might he is a gay male gigolo! Michael Remza advertises his services under
November 24, 2017
In "Cheaters"

**Maciej Kranz of Cisco picks hookers over his kids in San Francisco Bay Area California CA**
Maciej Kranz of Cisco Systems in the Silicon Valley San Jose San Francisco Bay Area California CA is the epitome of a despicable human being. Look, I take no issue with men opting to engage with P4P girls, escorts,
June 12, 2017
In "California"

Posted in CheatersTagged Michael Ginn of Cisco in Dallas Texas

Mark DaPonte, Ilderton, Ontario                                    Jorge Herrera, Luanda, Angola / Africa

## Leave a Reply

Your email address will not be published. Required fields are marked *

# Cheating
# Complaints

**Name \***

**Email \***

**Website**

Please enter an answer in digits:

**11 + seventeen =**

        Post Comment

**Select an image for your comment (GIF, PNG, JPG, JPEG):**

Choose Files   No file chosen

☐ **Notify me of follow-up comments by email.**

☐ **Notify me of new posts by email.**

| Search ... | | Search |

## Categories

- Alabama
- Alaska
- Arizona
- Arkansas
- Australia
- California
- Canada
- Cheaters
- Cheating
- Cheating Complaint
- Colorado
- Connecticut
- Florida

# Cheating Complaints

- Georgia
- Illinois
- Indiana
- Iowa
- Kentucky
- Louisiana
- Maryland
- Massachusetts
- Michigan
- Nevada
- New Jersey
- New York
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Tennessee
- Texas
- Utah
- Virginia
- Washington

# Cheating Complaints

Copyright © 2018 Cheating Complaints | Powered by Cheating Complaints & Designed by Cheating Complaints



*Cheating Complaints*

Home / Cheaters / Michael Ginn of Cisco works as a gay male escort Dallas Texas

# Michael Ginn of Cisco works as a gay male escort Dallas Texas

Posted on February 16, 2017 by Cheating Complaints

Michael Ginn of Cisco Systems in Dallas Texas is a man whore but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

Share this:

  

Related

Michael Ginn of Cisco in Dallas Texas
Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He
April 20, 2017
In "Cheaters"

Michael Remza of Cisco moonlights as a gay male escort in Raleigh North Carolina
Michael Remza of Cisco Systems in Raleigh North Carolina leads a double life. During the day, he is a recruiter with tech company Cisco; during the might he is a gay male gigolo! Michael Remza advertises his services under
November 24, 2017
In "Cheaters"

Maciej Kranz of Cisco picks hookers over his kids in San Francisco Bay Area California CA
Maciej Kranz of Cisco Systems in the Silicon Valley San Jose San Francisco Bay Area California CA is the epitome of a despicable human being. Look, I take no issue with men opting to engage with P4P girls, escorts,
June 12, 2017
In "California"

Posted in CheatersTagged Michael Ginn of Cisco works as a gay male escort Dallas Texas

Ashley Adams, Dayton, Ohio                                                              Jaye Parks aka Jack Lamar Parks, Georgia

## Leave a Reply

Your email address will not be published. Required fields are marked *

# Cheating Complaints

**Name** *

**Email** *

**Website**

Please enter an answer in digits:

four × 2 =

[ Post Comment ]

Select an image for your comment (GIF, PNG, JPG, JPEG):

[ Choose Files ] No file chosen

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Search …   [ Search ]

## Categories

- Alabama
- Alaska
- Arizona
- Arkansas
- Australia
- California
- Canada
- Cheaters
- Cheating
- Cheating Complaint
- Colorado

# Cheating Complaints

- Georgia
- Illinois
- Indiana
- Iowa
- Kentucky
- Louisiana
- Maryland
- Massachusetts
- Michigan
- Nevada
- New Jersey
- New York
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Tennessee
- Texas
- Utah
- Virginia
- Washington

# Cheating Complaints

Copyright © 2018 Cheating Complaints | Powered by Cheating Complaints & Designed by Cheating Complaints



# Cheaters.Exposed

The Place To Expose Liars and Cheaters!

HOME     EXPOSE A CHEATER



## Michael Ginn of Cisco in Dallas Texas is on cheaters.exposed

Leave a reply

Michael Ginn of Cisco in Dallas Texas was added under a cheater report to cheaters.exposed. Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

**Share this:**

  

---

**Related**

Michael Remza of Cisco moonlights as a gay male escort in Raleigh North Carolina is on cheaters.exposed

Marc Aldrich of Cisco expenses escorts on the company account in Boston MA is on cheaters.exposed
October 30, 2017

John Brigden at Cisco Systems bangs hookers on company dime and time. is on cheaters.exposed
June 3, 2017

### RECENT POSTS

Molly Barbara Loveday Niota, Tennessee
Denise Murphy St Charles, Illinois
Dawn Rice Rapid City, South Dakota
Heather Meaows Denton, Texas
Jessica Oaks Oklahoma City, Oklahoma

### RECENT COMMENTS

Ross Widman on Dr Thomas Bunner DDS , Indiana
Cassie on Jack Morley , Berlin, New Hampshire, USA is on cheaters.exposed
Jane on Christopher Sumner of Utah
Amber on Justin Horton — East Moline, Illinois
Eddie on Eddie Tanner of Arizona

---

Document title: Michael Ginn of Cisco in Dallas Texas is on cheaters.exposed | Cheaters.Exposed
Capture URL: http://cheaters.exposed/michael-ginn-of-cisco-in-dallas-texas-is-on-cheaters-exposed/
Capture timestamp (UTC): Tue, 20 Mar 2018 20:24:27 GMT

EXHIBIT B-11

escort in Raleigh North
Carolina is on
cheaters.exposed
April 2, 2017
In "Cheaters Exposed"

company account in Boston
MA is on cheaters.exposed
October 30, 2017
In "Cheaters Exposed"

company dime and time. is
on cheaters.exposed
June 5, 2017
In "Cheaters Exposed"

This entry was posted in Cheaters Exposed and tagged Michael Ginn of Cisco in Dallas Texas on .

← James Sutton III of Portland, OR is on
cheaters.exposed

Bobby Joe Williams of New Mexico →

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

Select an image for your comment (GIF, PNG, JPG, JPEG):

Choose Files   No file chosen

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

**CATEGORIES**

Alabama
Alaska
Arizona
Arkansas
California
Canada
Cheaters
Cheaters Exposed
Colorado
Connecticut
Delaware
District of Columbia
Florida
Georgia
Hawaii
Idaho
Illinois
Indiana
International
Iowa
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Missouri
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Ontario
Oregon
Pennsylvania
Rhode Island
Select one
South Carolina
South Dakota

Name *

Email *

Website

Post Comment

Select an image for your comment (GIF, PNG, JPG, JPEG):

Choose Files | No file chosen

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Hawaii
Idaho
Illinois
Indiana
International
Iowa
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Missouri
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Ontario
Oregon
Pennsylvania
Rhode Island
Select one
South Carolina
South Dakota
Tennessee
Texas
United Kingdom
Utah
Vermont
Virginia
Washington
West Virginia
Wisconsin
Wyoming

Proudly powered by WordPress

## Cheaters.Exposed

The Place To Expose Liars and Cheaters!

HOME     EXPOSE A CHEATER



**SEARCH RESULTS FOR: MICHAEL GINN**

### Michael Ginn of Cisco in Dallas Texas is on cheaters.exposed

Leave a reply

Michael Ginn of Cisco in Dallas Texas was added under a cheater report to cheaters.exposed. Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He [...]

This entry was posted in Cheaters Exposed and tagged Michael Ginn of Cisco in Dallas Texas on .

### Michael Gayler, Manteca, California is on cheaters.exposed

Leave a reply

michael ginn    Search

**RECENT POSTS**

Molly Barbara Loveday Niota, Tennessee
Denise Murphy St Charles, Illinois
Dawn Rice Rapid City, South Dakota
Heather Meaows Denton, Texas
Jessica Oaks Oklahoma City, Oklahoma

**RECENT COMMENTS**

Ross Widman on Dr Thomas Bunner DDS , Indiana
Cassie on Jack Morley , Berlin, New Hampshire, USA is on cheaters.exposed
Jane on Christopher Sumner of Utah
Amber on Justin Horton — East Moline, Illinois
Eddie on Eddie Tanner of Arizona

Leave a reply

Michael Gayler, Manteca, California was added under a cheater report to cheaters.exposed.  I met Michael Gayler on POF. I took my time talking with Michael for about 6 weeks before I agreed to meet him and have lunch together. Everything went well and he began to love bombing me. I was so caught up with [...]

This entry was posted in Cheaters Exposed and tagged Michael Gayler, Manteca, California on .

**CATEGORIES**

Alabama

Alaska

Arizona

Arkansas

California

Canada

Cheaters

Cheaters Exposed

Colorado

Connecticut

Delaware

District of Columbia

Florida

Georgia

Hawaii

Idaho

Illinois

Indiana

International

Iowa

Kansas

Kentucky

Louisiana

Maine

Maryland

Massachusetts

Michigan

Minnesota

Mississippi

Missouri

Montana

Nebraska

Nevada

New Hampshire

New Jersey

New Mexico

New York

North Carolina

North Dakota

Ohio

Oklahoma

Ontario

Oregon

Pennsylvania

Rhode Island

Select one

South Carolina

South Dakota

Hawaii

Idaho

Illinois

Indiana

International

Iowa

Kansas

Kentucky

Louisiana

Maine

Maryland

Massachusetts

Michigan

Minnesota

Mississippi

Missouri

Montana

Nebraska

Nevada

New Hampshire

New Jersey

New Mexico

New York

North Carolina

North Dakota

Ohio

Oklahoma

Ontario

Oregon

Pennsylvania

Rhode Island

Select one

South Carolina

South Dakota

Tennessee

Texas

United Kingdom

Utah

Vermont

Virginia

Washington

West Virginia

Wisconsin

Wyoming

Proudly powered by WordPress

Document title: michael ginn | Cheaters.Exposed
Capture URL: http://cheaters.exposed/?s=michael+ginn
Capture timestamp (UTC): Tue, 20 Mar 2018 20:39:32 GMT

Page 3 of 3

Log in

# Exposing Cheaters!

Latest Cheater Reports | Groups | Photos | Expose A Cheater - Registration Required | More »



Log in

Latest Cheater Reports > Exposing C...    Latest Cheater Reports

## Michael Ginn of Cisco in Dallas Texas

 *By Exposing Cheaters 350 days ago*

🏷 exposing cheaters, Relationship Drama, Michael Ginn of Cisco in Dallas Texas

Michael Ginn of Cisco in Dallas Texas has an entry in Encyclopedia Dramatika under the Relationship Drama Category.  The reason:  Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

The Relationship Drama category of EncyclopediaDramatika.com is reserved for those with drama related to love, dating, and relationships; some are liars and cheaters, some are so psycho that others should definitely not date them; others were posted because a jilted ex posted them.  Remember that EncyclopediaDramatika contains satire, humor, politically incorrect opinions and whatever bullshit was posted by our users.  Each poster is responsible for their opinion and, just like most of what you read online, we have no damn clue if what is posted is true… shit, our name is… DRAMATIKA!

Original: http://encyclopediadramatika.com/relationship-drama/michael-ginn-of-cisco-in-dallas-texas/
By: dramatika07456324yes
Posted: April 5, 2017, 8:32 am

---

### Search

Go

 **Exposing Cheaters**

Bookmarks

Files

Latest Cheater Reports

Pages

Photo Albums

Photos

Wire posts

### Latest comments

 *JM on Callaway Neumann Alexandria, Minnesota (497 days ago): grow up person who put this out there - find better things to do with your...*

*JM on Callaway Neumann Alexandria, Minnesota (497 days ago): grow up person who put this out there - find better things to do with your...*

 *byrnes mill on AMANDA BURK GERLING NATHAN HALFHILL SCOTT GERLING SARAH HALFHILL GREGG MITCHELL (530 days ago): http://www.pornhub.com/photo/1 69283121 http://www.pornhub.com/photo/1 69284121*

*byrnes mill on AMANDA BURK GERLING NATHAN HALFHILL SCOTT GERLING SARAH HALFHILL GREGG MITCHELL (530 days ago): http://www.pornhub.com/photo/1 69283121*

Document title: Michael Ginn of Cisco in Dallas Texas : Exposing Cheaters!
Capture URL: http://www.exposingcheaters.com/blog/view/6157/michael-ginn-of-cisco-in-dallas-texas
Capture timestamp (UTC): Tue, 20 Mar 2018 20:40:15 GMT

EXHIBIT B-13



DRAMATIKA!

Original: http://encyclopediadramatika.com/relationship-drama/michael-ginn-of-cisco-in-dallas-texas/
By: dramatika07456324yes
Posted: April 5, 2017, 8:32 am



*put this out there - find better
things to do with your...*

*JM on Callaway Neumann
Alexandria, Minnesota (497
days ago): grow up person who
put this out there - find better
things to do with your...*

*byrnes mill on AMANDA BURK
GERLING NATHAN HALFHILL
SCOTT GERLING SARAH
HALFHILL GREGG MITCHELL
(530 days ago):
http://www.pornhub.com/photo/1
69283121
http://www.pornhub.com/photo/1
69284121*



*byrnes mill on AMANDA BURK
GERLING NATHAN HALFHILL
SCOTT GERLING SARAH
HALFHILL GREGG MITCHELL
(530 days ago):
http://www.pornhub.com/photo/1
69283121
http://www.pornhub.com/photo/1
69284121*

## Tag cloud

Cheaters, cheater, liar,
expose cheater,
homewrecker, exposing
cheaters, cheated on me,
Homewreckers, cheating
boyfriend, cheating girlfriend,
home wrecker, Cheater
woman, etc.., #cheater, cheater
exposed, Liars and Cheaters,
Texas, cheated, unfaithful,
infidelity, California, Women,
New York, Florida, Dating
Nightmare Exposed, Men,
Dating, college cheaters,
Pennsylvania, Ohio, Cheating
Complaint, Psychos, liars,
Illinois, Cheater Homewrecker,
North Carolina, Female,
Cheater! Cheater!, Other Home
wrecker, Georgia, New Jersey,
Misc., Michigan, Tennessee,
Virginia, Indiana, Massachusetts,
Alabama, Colorado, Arizona

All site tags

About | Terms | Privacy

☰ **Homewreckers.Net** Report and Expose Homewreckers

# 📄 Michael Ginn of Cisco in Dallas Texas

📅 March 23, 2017 🗂 Cheaters, Homewreckers

Michael Ginn of Cisco Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! Mike Ginn advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that Michael Ginn escorted himself to men and continues to do so for a hefty fee. None of this is surprising given that Michael Ginn works a crappy day job as a recruiter for Cisco Systems. When confronted about this, he denies this suggesting that there is someone else probably with a same name who looks just like him. Oh, please. LOOOOOL!!!

**Share this:**

🐦 📘 G+

**Like this:**

⭐ Like

Be the first to like this.

---

**Related**

Michael Remza of Cisco moonlights as a gay male escort in Raleigh North Carolina
Michael Remza of Cisco Systems in Raleigh North Carolina leads a double life. During the day, he is a recruiter with tech
September 28, 2017
In "Cheaters"

Marc Aldrich of Cisco expenses escorts on the company account in Boston MA
Marc Aldrich is a Senior Vice President at Cisco Systems in Boston MA who pretty much lavishes himself on the corporate
November 7, 2017
In "Cheaters"

Maciej Kranz of Cisco picks hookers over his kids in San Francisco Bay Area California CA
Maciej Kranz of Cisco Systems in the Silicon Valley San Jose San Francisco Bay Area California CA is the epitome of a despicable
October 1, 2017
In "Cheaters"

---

🏷 Michael Ginn of Cisco in Dallas Texas

← Adrian Mah of InCode Ericsson in Toronto Ontario Canada

Nicholas Lee Lowe, Denver, CO, adams county →

---

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

---

## Submit Homewrecker

Expose A Homewrecker

Search …   🔍

## Recent Posts

Ryan
Your Fault, His Fault as well as all the others
Cabin Boy
Kristin Watson of Illinois
Annabelle Bonner, New Hampshire

## Recent Comments

Michael on Jacob Douglas Alte is a Homewrecker in Kentucky
Richard Greeninger on Richard Dylan Greeninger, Washington, South Dakota
Sean Pruitt on James Pruitt, Illinois
Melanie Thornton on Boyd Brinlee Campbell is a Homewrecker in Texas
Kris on Charles S Shore

## Categories

Alabama
Alaska
Arizona
Arkansas
California
Canada
Cheaters
Colorado
Connecticut
Delaware
District of Columbia
Florida
Georgia
Hawaii
Homewreckers
Idaho
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Michigan

**EXHIBIT B-14**

Michael Remza of Cisco
escort in Raleigh North
Carolina
Michael Remza of Cisco
Systems in Raleigh North
Carolina leads a double life.
During the day, he is a
recruiter with tech
September 28, 2017
In "Cheaters"

Marc Aldrich of Cisco
company account in Boston
MA
Marc Aldrich is a Senior
Vice President at Cisco
Systems in Boston MA who
pretty much lavishes
himself on the corporate
November 7, 2017
In "Cheaters"

Maciej Kranz of Cisco picks
Francisco Bay Area
California CA
Maciej Kranz of Cisco
Systems in the Silicon Valley
San Jose San Francisco Bay
Area California CA is the
epitome of a despicable
October 1, 2017
In "Cheaters"

Brinlee Campbell is a
Kris on Charles S Shore

## Categories

Alabama
Alaska
Arizona
Arkansas
California
Canada
Cheaters
Colorado
Connecticut
Delaware
District of Columbia
Florida
Georgia
Hawaii
Homewreckers
Idaho
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Missouri
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Pennsylvania
Rhode Island
Select one
South Carolina
South Dakota
Tennessee
Texas
Utah
Vermont
Virginia
Washington
West Virginia
Wisconsin
Wyoming

🏷 Michael Ginn of Cisco in Dallas Texas

← Adrian Mah of InCode Ericsson in Toronto Ontario Canada

Nicholas Lee Lowe, Denver, CO, adams county →

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Please enter an answer in digits:

$4 - 2 =$ 

Post Comment

Select an image for your comment (GIF, PNG, JPG, JPEG):

Choose Files   No file chosen

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Homewreckers.Net © 2018

# Caught Him Cheating!

Saw Him With Other Women or Prostitues

## Expose Them Here!

Search ...  **GO**

### Recent Posts

Jeanny Setiarini Irawan, Jakarta, Indonesia, International
BRIAN GORDON WIGGINS (ASSHOLE), ROYAL PALM BEACH, Florida
Juthamas Bordeerat, Alexandria, Virginia
Barbara Marie Caster, Fairborn, Ohio
Brian Daley, Poughkeepsie, New York

### Recent Comments

Peep on **Michael Basl Virginia caught!**
Angie on **BRIAN GORDON WIGGINS (ASSHOLE), ROYAL PALM BEACH, Florida**

### Categories

Alabama
Alberta
Arizona
Arkansas
Australia
California
Canada
Caught Cheating
Colorado
Connecticut
Female
Florida
Georgia
Idaho
Illinois
Indiana
International
Iowa
Kansas
Kentucky
Male
Maryland
Massachusetts
Michigan
Nebraska
Nevada
New Hampshire
New Jersey

## Tag: Michael Ginn of Cisco Systems caught

# Michael Ginn of Cisco Systems caught!



**On:** ○

Texas resident Michael Ginn of Cisco Systems was caught lying, cheating or stealing by a caughthimcheating.com anonymous reporter. Michael Ginn of Cisco Systems is presumed to be innocent of these allegations but our website readers are encouraged to do their own research, be cautions, and reach their own conclusions when dealing with Michael Ginn of Cisco Systems. The information contained in the report is as follows:
Name on caughthimcheating.com report: Michael Ginn of Cisco Systems
Email address of suspect: miginn@cisco.com
Phone number:
Location of alleged liar: Dallas in the State of Texas

📁 Category: **Texas** Tagged **Michael Ginn of Cisco Systems caught** 💬 Leave a comment/

Document title: Michael Ginn of Cisco Systems caught | Caught Him Cheating!
Capture URL: http://caughthimcheating.com/tag/michael-ginn-of-cisco-systems-caught/
Capture timestamp (UTC): Tue, 20 Mar 2018 20:41:52 GMT

## EXHIBIT B-15

## Recent Comments

Peep on **Michael Basl Virginia caught!**

Angie on **BRIAN GORDON WIGGINS (ASSHOLE), ROYAL PALM BEACH, Florida**

## Categories

- Alabama
- Alberta
- Arizona
- Arkansas
- Australia
- California
- Canada
- Caught Cheating
- Colorado
- Connecticut
- Female
- Florida
- Georgia
- Idaho
- Illinois
- Indiana
- International
- Iowa
- Kansas
- Kentucky
- Male
- Maryland
- Massachusetts
- Michigan
- Nebraska
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Rhode Island
- Scotland
- Solicitation of a Prostitute
- South Carolina
- South Dakota
- Tennessee
- Texas
- Uncategorized
- United Kingdom
- Utah
- Vermont
- Virginia
- Washington
- West Virginia



**On:** ⏱

Texas resident Michael Ginn of Cisco Systems was caught lying, cheating or stealing by a caughthimcheating.com anonymous reporter. Michael Ginn of Cisco Systems is presumed to be innocent of these allegations but our website readers are encouraged to do their own research, be cautions, and reach their own conclusions when dealing with Michael Ginn of Cisco Systems. The information contained in the report is as follows:

Name on caughthimcheating.com report: Michael Ginn of Cisco Systems

Email address of suspect: miginn@cisco.com

Phone number:

Location of alleged liar: Dallas in the State of Texas

📁 Category: **Texas** Tagged **Michael Ginn of Cisco Systems caught** 💬 **Leave a comment/**

All rights reserved © Caught Him Cheating! Powered by WordPress Theme by SEOS

Document title: Michael Ginn of Cisco Systems caught | Caught Him Cheating!

Capture URL: http://caughthimcheating.com/tag/michael-ginn-of-cisco-systems-caught/

Capture timestamp (UTC): Tue, 20 Mar 2018 20:41:52 GMT

# EXHIBIT C



Michael Ginn Cisco

All    News    Shopping    Images    Videos    More          Settings    Tools

Sign in

About 4,150,000 results (0.44 seconds)

**Michael Ginn - Senior Sales Recruiter - Cisco | LinkedIn**
https://www.linkedin.com/in/michaelginn1 ▾
Dallas/Fort Worth Area - Senior Sales Recruiter - Cisco
View **Michael Ginn's** full profile. ... Learn how **Cisco** NGFWs help you gain visibility, be flexible... - Results driven professional with over 15 years of Talent Acquisition Management experience.

**Michael Ginn of Cisco in Dallas Texas – ReportMyEx**
www.reportmyex.com/michael-ginn-of-cisco-in-dallas-texas/ ▾
Sep 21, 2016 - **Michael Ginn** of **Cisco** Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! **Mike Ginn** advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we do know is that ...

**Michael Ginn of Cisco in Dallas Texas : Exposing Cheaters!**
www.exposingcheaters.com/blog/view/6157/michael-ginn-of-cisco-in-dallas-texas ▾
Apr 5, 2017 - **Michael** Ginn of **Cisco** in Dallas Texas has an entry in Encyclopedia Dramatika under the Relationship Drama Category. The reason: **Michael Ginn** of **Cisco** Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! **Mike Ginn** ...

**Michael Ginn of Cisco in Dallas Texas : Exposing Cheaters!**
www.exposingcheaters.com/blog/view/8965/michael-ginn-of-cisco-in-dallas-texas ▾
Dec 28, 2017 - **Michael Ginn** of **Cisco** in Dallas Texas is a dating psycho! **Michael Ginn** of **Cisco** Systems in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! **Mike Ginn** advertises himself on the net under various aliases. He claims to be straight ...

**Michael Ginn Mike Ginn Cisco Systems Recruiter ... - Dating complaints**
www.datingcomplaints.date/.../michael-ginn-mike-ginn-cisco-systems-recruiter-dallas-... ▾
Sep 21, 2016 - **Michael Ginn** of **Cisco** Systems in Dallas Texas is a man whore but one who sells himself out to hordes of men looking [...] Popular; Comments; Tags. Natalie Becerra of Harlem New York is on Dating Complaints. July 16, 2015. FRANK WESTERLING is a Liar and Cheater. August 23, 2016. Lance Edwards ...

**Michael Ginn Mike Ginn Cisco Systems Recruiter ... - CheaterPlanet**
www.cheaterplanet.com/.../michael-ginn-mike-ginn-cisco-systems-recruiter-dallas-tex... ▾
**Michael Ginn** of **Cisco** in Dallas Texas. **Michael Ginn** of **Cisco** in Dallas Texas is a man w***e but one who sells himself out to hordes of men looking for some succulent manly meat poles! **Mike Ginn** advertises himself on the net under various aliases. He claims to be straight (maybe he is bi, who knows) but what we ...

**Michael Ginn Email & Phone# | Senior Sales Recruiter @ Cisco ...**
https://contactout.com/Michael-Ginn-1602582 ▾
Get **Michael Ginn's** email address, *******.xx.ginn@ericsson.com.

**Michael Ginn of Cisco Systems caught! | Caught Him Cheating!**
www.caughthimcheating.com/michael-ginn-of-cisco-systems-caught/ ▾
Texas resident **Michael Ginn** of **Cisco** Systems was caught lying, cheating or stealing by a caughthimcheating.com anonymous reporter. **Michael Ginn** of **Cisco** Systems is presumed to be innocent of these allegations but our website readers are encouraged to do their own research, be cautions, and reach their own ...

**Michael Ginn of Cisco Systems caught | Caught Him Cheating!**
www.caughthimcheating.com/tag/michael-ginn-of-cisco-systems-caught/ ▾
Apr 12, 2017 - Texas resident **Michael Ginn** of **Cisco** Systems was caught lying, cheating or stealing by a caughthimcheating.com anonymous reporter. **Michael Ginn** of **Cisco** Systems is presumed to be innocent of these allegations but our website readers are encouraged to do their own research, be cautions, and reach ...

**Michael Ginn of Cisco Systems | PREDATORS WATCH**
www.predatorswatch.com/texas/michael-ginn-of-cisco-systems/ ▾
**Michael Ginn** of **Cisco** Systems. Phone number: Location: Dallas Email: miginn@cisco.com. Status Active Predator. delete this profile now. Sep. 14. 2016. In: Texas By: Anonymous [ Grey Star Level ] ...

EXHIBIT C

Michael Ginn Cisco - Google Search

[Ad] www.datavox.net/ ▾ (817) 288-2707

**DataVox- Cisco Gold Partner | Phone Systems, Networks.**

**Cisco** Vendor, Wireless, Phone Systems, Network Infrastructure, Network Security
Cisco Master UC · Cisco Security

Cisco Networks · Cisco Phone Systems · Cisco Nexus



◉ 75201, Dallas, TX - Reported by this computer - Update location - Learn more

Help    Send feedback    Privacy    Terms