**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **MICHAEL GINN,** | § § § | |
| Plaintiff, | § § § | |
| v. | § § | **CIVIL ACTION NO. 5:18-mc-002** |
| **TANVIR FARID A.K.A. TANVIR ISLAM,** | § § § § | |
| Defendant. | § § | |

## ORDER GRANTING EMERGENCY APPLICATION FOR RECOGNITION AND ENFORCEMENT OF A FOREIGN ORDER

On this day came on for consideration Plaintiff Michael Ginn's Emergency Application for Recognition and Enforcement of a Foreign Order (the "Application"). After review of the Application, the evidence presented, the pleadings, and hearing the arguments of counsel, if any, the Court finds this Application should be GRANTED. Accordingly,

IT IS ORDERED that the final and binding order entered by the Ontario Superior Court of Justice on March 6, 2018 in Court File No. CV-17-587516 *Clancy, et al. v. Farid*, which is attached hereto as Exhibit 1, is hereby recognized and enforced in its entirety by this Court as an order of this Court.

**SIGNED this 28th day of March, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE